```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF MASSACHUSETTS
```

NATHAN TIBBETTS,              )
      Plaintiff              )
                              )
             v.               )   C.A. No. 10-cv-30098-MAP
                              )
KEVEN SHACKELFORD, ET AL.,    )
      Defendants              )

<u>ORDER</u>

January 4, 2012

PONSOR, U.S.D.J.

   This case is scheduled to come before the court for a final pretrial conference on January 10, 2012 at 2:00 p.m. Trial is scheduled to commence on January 30, 2012.

   The purpose of this order is to put counsel on notice that a very short postponement will be required for the trial date.  Trial will commence on either February 6 or February 13, 2012.  One week has been set aside for trial, 9:00 a.m. to 1:00 p.m.  Further details may be discussed at the final pretrial conference.

   It is So Ordered.

                           <u>/s/ Michael A. Ponsor</u>
                           MICHAEL A. PONSOR
                           U. S. District Judge