```
                  UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF MASSACHUSETTS
```

NATHAN TIBBETTS,                      )
        Plaintiff                     )
                                      )
                v.                    )  C.A. No. 10-cv-30098-MAP
                                      )
KEVEN SHACKELFORD, ET AL.,            )
        Defendants                    )

                            ORDER

                       January 4, 2012

PONSOR, U.S.D.J.

This case is scheduled to come before the court for a final pretrial conference on January 10, 2012 at 2:00 p.m. Trial is scheduled to commence on January 30, 2012.

The purpose of this order is to put counsel on notice that a very short postponement will be required for the trial date. Trial will commence on either February 6 or February 13, 2012. One week has been set aside for trial, 9:00 a.m. to 1:00 p.m. Further details may be discussed at the final pretrial conference.

It is So Ordered.

                                /s/ Michael A. Ponsor
                                MICHAEL A. PONSOR
                                U. S. District Judge